# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LOGAN R. THOMPSON, | ) | |
| EMILY KASTING, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-00123-TWP-CSW |
| | ) | |
| INDIANA DEPARTMENT OF CHILD | ) | |
| SERVICES, | ) | |
| LAWRENCE POLICE DEPARTMENT, | ) | |
| MCCORDSVILLE POLICE DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY DIRECTING ENTRY OF FINAL JUDGMENT

In December 2024, *pro se* Plaintiffs Logan R. Thompson and Emily Kasting (together, "Plaintiffs") initiated this action in Indiana state court against the Indiana Department of Child Services ("IDCS"), the Lawrence Police Department, and the McCordsville Police Department (collectively, "Defendants"). Plaintiffs filed an Amended Complaint in state court, and Defendants subsequently removed the lawsuit to federal court and moved to dismiss the Amended Complaint.

In the Order of August 11, 2025, the Court granted each Defendant's Motion to Dismiss but gave Plaintiffs leave to file a Second Amended Complaint, if it would not be futile (Dkt. 49 at 12–13). The Court noted that Plaintiffs "have filed a separate lawsuit against various individuals they claim harmed them directly," and Plaintiffs "need not file a Second Amended Complaint in this case if they wish to proceed only with that lawsuit. The dismissal of this lawsuit will have no effect on their second lawsuit." *Id.* The Court explained that if a Second Amended Complaint was not filed, then final judgment would issue and this action would be closed. *Id.* at 13.

Plaintiffs subsequently moved to extend their deadline to file a Second Amended Complaint. The Court granted the request for an extension and gave Plaintiffs through and until

October 6, 2025, to file a Second Amended Complaint (Dkt. 52). The Court stated, "Plaintiffs should anticipate no further extensions." *Id.*

The October 6, 2025 deadline has passed, and Plaintiffs have not filed a Second Amended Complaint or requested a further extension of their deadline to do so. Accordingly, for the reasons explained in the Court's August 11, 2025 Order, the Court now **directs** the entry of final judgment.

Final judgment consistent with the Court's August 11, 2025 Order and this Entry will be issued under separate order.

**SO ORDERED**.

Date:    11/7/2025

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

LOGAN R. THOMPSON
135 Hiawatha Drive
Noblesville, IN 46062

EMILY KASTING
135 Hiawatha Drive
Noblesville, IN 46062

Matthew L. Hinkle
COOTS HENKE & WHEELER
mhinkle@chwlaw.com

Laura Parks
lparks@chwlaw.com

Adrienne Nicole Pope
INDIANA ATTORNEY GENERAL
adrienne.pope@atg.in.gov

Steven Reidell
Office of Indiana Attorney General
steven.reidell@atg.in.gov

Wandini Riggins
Bose McKinney & Evans LLP
wriggins@boselaw.com

Dakota Christopher Slaughter
Bose McKinney & Evans LLP
dslaughter@boselaw.com

Philip R. Zimmerly
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
pzimmerly@boselaw.com